IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

AARON BLAKE WOOD,

    Petitioner,

v.                                             2:24-CV-77-Z-BR

TDCJ DIRECTOR BOBBY LUMPKIN,

    Respondent.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case for failure to prosecute ("FCR") (ECF No. 8). No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

**SO ORDERED**.

July _1_, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE